UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GERARD FANNING,  1:04-cv-06353-AWI-LJO-P

       Plaintiff,  **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 7)

vs.

JEAN E. HOWARD, M.D., et al.,  **ORDER DISMISSING COMPLAINT/ ACTION**

       Defendants.
_____/

    Plaintiff, Gerard Fanning ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

    On April 17, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the

1

1  entire file, the Court finds the Findings and Recommendations to
2  be supported by the record and by proper analysis.
3      Accordingly, IT IS HEREBY ORDERED that:
4      1.  The Findings and Recommendations, filed April 17, 2006,
5  are ADOPTED IN FULL; and,
6      2.  The Complaint, and therefore this action, is DISMISSED
7  based on plaintiff's failure to obey the court's order of March
8  8, 2006, and pursuant to Local Rule 11-110.
9
10 IT IS SO ORDERED.
11 **Dated:  June 27, 2006**                 /s/ Anthony W. Ishii
   0m8i78                                    UNITED STATES DISTRICT JUDGE

2